IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEWAYNE MCLENDON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D15-5247

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

Opinion filed August 18, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Dewayne McLendon, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.